**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00296-REB

UNITED STATES OF AMERICA,

    Petitioner,

v.

REID HANSON,

    Respondent.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the government's **Notice of Voluntary Dismissal of Case** [#7] filed March 11, 2011.  After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the government's **Notice of Voluntary Dismissal of Case** [#7] filed March 11, 2011, is **APPROVED**;

2. That the Show Cause Hearing set for March 18, 2011, at 2:30 p.m., is **VACATED**; and

3. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated March 14, 2011, at Denver, Colorado.

                                    **BY THE COURT:**

                                    *Bob Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge